IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>ISIDRO MENDOZA-CHAVEZ,<br><br>        Defendant.<br>_____/ | CASE NO. 09-CR-00182 AWI BAM<br><br>**ORDER EXTENDING TIME TO COMPLETE EXAMINATION AND SERVICE OF ORDER** |

On November 15, 2012, this Court ordered defendant to psychiatric or psychological examination pursuant to 18 U.S.C. §4241(b). Defendant arrived at U.S. Department of Justice, Federal Bureau of Prisons, Metropolitan Detention Center in Los Angeles on December 6, 2012. The Court has received a request from the Metropolitan Detention Center for an extension of time to complete the testing and examination.

For good cause shown, the Court GRANTS the extension of time. The Court GRANTS the requested 15-day extension to complete the testing and examination necessary to develop a history, diagnosis, and opinion. The Court finds that commitment for the evaluation commenced upon defendant's arrival the Metropolitan Detention Center.

The Clerk is directed to serve a copy of this order on Dr. Lisa Hope, Chief Psychologist, U.S. Department of Justice, Federal Bureau of Prisons, Metropolitan Detention Center, 535 N. Alameda Street, Los Angeles, CA 90012.

   IT IS SO ORDERED.

Dated: **January 11, 2013**                  **/s/ Barbara A. McAuliffe**
                                                 UNITED STATES MAGISTRATE JUDGE